UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PAUL SIMONDS,               )   Case No. C07-741 JPD
                            )
        Plaintiff,          )
                            )
    v.                      )
                            )   MINUTE ORDER
SOCIAL SECURITY ADMINISTRATION, )
et al.,                     )
                            )
        Defendants.         )
_____)

The following minute order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

(1) The Honorable James P. Donohue recuses himself from the above-captioned case.

(2) The Clerk of Court is directed to reassign this case for purposes of pre-assignment and referral, and is further directed to send a copy of this Minute Order to the plaintiff.

DATED this 25th day of May, 2007.

Bruce Rifkin
Clerk of the Court

/s/ Peter H. Voelker
Peter H. Voelker
Deputy Clerk