UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PAUL SIMONDS,

        Plaintiff,

  v.

SOCIAL SECURITY ADMINISTRATION, et al.,

        Defendants.

No. C07-741MJP

ORDER DENYING IN FORMA PAUPERIS APPLICATION AND DISMISSING CASE WITHOUT PREJUDICE

        This matter comes before the Court on a report and recommendation by the Honorable Mary Alice Theiler, United States Magistrate Judge, on Plaintiff's application to proceed in forma pauperis in this action. (Dkt. No. 5.) Judge Theiler has recommended that the Court deny the in forma pauperis application and dismiss this case without prejudice because this action appears frivolous and fails to state a claim upon which relief may be granted.

        Plaintiff has filed objections to the report and recommendation. (Dkt. No. 6.) Plaintiff's objections are virtually incomprehensible and do not rebut Judge Theiler's well-supported conclusion that Plaintiff's complaint is frivolous and fails to state a claim upon which relief may be granted.

        Therefore, the Court finds and ORDERS as follows:

        (1)    The Court ADOPTS the report and recommendation;

ORDER - 1

(2) Plaintiff's application to proceed in forma pauperis is DENIED and this matter is DISMISSED without prejudice; and

(3) The Clerk is directed to send copies of this Order to Plaintiff and to Judge Theiler.

Dated: July 16, 2007.

s/Marsha J. Pechman  
Marsha J. Pechman  
United States District Judge

ORDER - 2